**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____X

CJC DISTRIBUTORS LLC,                                        CIVIL ACTION NO.: 2:25-CV-06837

       Plaintiff,

v.

LOGISTIFY LLC, DIVERSIFIED LOGISTICS, LLC,
STAR ONE TRANSPORT LLC, MAJUMDER
LOGISTICS, INC., and SWADHIN C. MAJUMDER,

       Defendants.

_____X

**SUGGESTION OF BANKRUPTCY**

Please be advised that Defendant, **STAR ONE TRANSPORT LLC,** has filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on **April 3, 2026**. The case is currently pending in the United States Bankruptcy Court for the Southern District of Florida, bearing Case No. 26-14202.

Pursuant to Section 362 of the Bankruptcy Code, all acts to collect any pre-Petition debts of this Debtor are hereby automatically stayed, which includes the continuation of the above-mentioned action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the forgoing has been electronically filed via the ECF Electronic Fining System and via U.S. Mail and /or email on this 3rd day of April, 2026 to: **Aviva Francis, Esq.**, afrancis@jntllp.com; Jacobowitz Newman Tversky LLP, 377 Pearsall Avenue, Suite C, Cedarhurst, NY 11516 and **Rachel Wrubel, Esq.**, rwrubel@jntllp.com.

 

BEHAR, GUTT & GLAZER, P.A.
*Attorney for Star One Transport LLC*
DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, Florida 33004
Telephone: (954)266-3710
Fax: (954)266-3709
Email: bsb@bgglaw.com
Secondary: jgarcia@bgglaw.com
By**: */s/ Brian Behar*
BRIAN S. BEHAR, ESQ.
FBN: 727131
NYBN: 1972314